## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

In re:                                  )
JONES, ANDRE DEWAYNE                    )    Case Number 10-82756
JONES, PATRICIA JOANN                   )    (Chapter 13)
    Debtors.                            )

### SECOND AMENDED CHAPTER 13 PLAN

1.   The Debtors propose to pay the Trustee appointed by this Court the following amount until all of their creditors whose claims are filed and allowed have been paid in accordance with this plan: $510.00 per month for the first seventeen (17) months; then an increase to $595.00 per month for the remaining forty-three (43) months. This Plan is for sixty (60) months.

2.   The Debtors propose to have the Trustee pay the following secured and priority creditors, pro rata to the extent listed:

   A.   Santander Consumer USA, Inc. to be paid $9,342.00 at five and twenty-five hundredths percent (5.25%) interest secured by the 2007 Dodge Caravan.

   B.   CitiMortgage, Inc. to be paid $15,758.28 for the arrearage, late fees, costs, and attorney's fees on the Mortgage which are due as pre-petition fees and costs at the time of filing of the Bankruptcy secured by the property located at 2107 W. Alice, West Peoria, Illinois.

3.   After the above secured and priority creditors have been paid the value of their security, then all unsecured creditors, including the unsecured portion of a secured creditor's claims, shall be paid pro rata from funds remaining after payment of the above-scheduled claims.

4.   The Debtors shall pay the following creditors outside the plan and said payments have been provided for in the Debtors' monthly budget:

      A.    CitiMortgage, Inc. to be paid 100% at contract interest secured by the Mortgage for the property located at 2107 W. Alice, West Peoria, Illinois.

5.    The Debtors propose to avoid the non-purchase money security interests held by the following creditors in their household goods and furnishings: NONE.

6.    The Debtors hereby assume the following unexpired leases and executory contracts and rejects all others: NONE.

7.    The secured creditors shall retain their liens upon their collateral until they have been paid the value of said property.

8.    The Trustee shall pay to the Debtors' attorney the sum of $3,300.00 for attorney's fees, payable as ordered by the court.

9.    No interest, service or late charges shall be allowed upon unsecured claims nor upon an undersecured creditor's claim unless otherwise provided.

10.    The Debtors estimate that unsecured creditors will receive zero percent (0%) of their allowed claims.

                      ANDRE & PATRICIA JONES

              By:    **/s/ Spencer Lee Daniels**
                      Their Attorney

Spencer Lee Daniels, Esq.
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Telephone: (309) 673-1400

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the above document was sent via Electronic Mail to the following on the 16th day of September, 2010:

United States Trustee, 401 Main Street, Suite 1100, Peoria, Illinois 61602

Michael Clark, Trustee, 401 Main Street, Suite 940, Peoria, Illinois 61602

The undersigned hereby certifies that a copy of the above document was sent via First Class Mail, Postage Prepaid, to the following on the 16th day of September, 2010:

CitiMortgage, Inc., Post Office Box 140609, Irving, Texas 75019-0609

                                                **/s/ Susan K. Benedict**
                                                Susan K. Benedict, Legal Assistant

SPENCER LEE DANIELS, ESQ.
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Telephone: (309) 673-1400